Rossi, Appellant, *v.* General Teamsters, Chauffeurs, Helpers and Yardmen, Local Union No. 470.

Argued January 3, 1961. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Norman Shigon,* for appellant.

*Edward Davis,* for appellee.

OPINION PER CURIAM, March 13, 1961:
The decree is affirmed.
Each party to bear own costs.